

PLAINTIFF'S
EXHIBIT
"A"