




**PLAINTIFF'S EXHIBIT**

"B"